# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:19-CR-95 |
| v. ) | |
| ) | JUDGE VARLAN |
| DARRIEN E. DANIELS ) | |

## SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The mandatory minimum sentence in this case is 120 months, based on the Defendant's plea to an offense under 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), as well as an offense under 18 U.S.C. § 924(c). The Presentence Investigation Report ("PSR") sets forth his applicable guideline range based on the charges, the Defendant's offense level, and criminal history category, however the mandatory minimum sentence of 120 months is greater than the Defendant's applicable guideline range. (Doc. 43, PSR ¶ 63, pg. 14). The United States believes that the net effective guideline range of 120 months adequately considers the sentencing factors enumerated in 18 U.S.C. § 3553(a).

Respectfully submitted this 1st day of April, 2020.

                                        J. DOUGLAS OVERBEY
                                        United States Attorney

By: *s/ Brent N. Jones*
      BRENT N. JONES
      Assistant United States Attorney
      800 Market Street, Suite 211
      Knoxville, Tennessee 37902
      (865) 545-4167
      brent.jones@usdoj.gov